IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOSEPH LEE LEWIS, #213739, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:16-CV-632-WKW |
| ) | [WO] |
| ROBERT BENTLEY, EDWARD ) | |
| ELLINGTON, and JOSEPH ) | |
| HEADLEY, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Before the court is the Recommendation of the Magistrate Judge. (Doc. # 14.) There being no timely objection filed to the Recommendation, and based on a review of the record, it is ORDERED as follows:

1. The Recommendation of the Magistrate Judge (Doc. # 14) is ADOPTED; and

2. This case is DISMISSED without prejudice for Plaintiff's failure to comply with court orders and file an amended complaint.

A final judgment will be entered separately.

DONE this 28th day of February, 2017.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE